IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-147 |
| | ) | |
| ANTHONY CORNELIUS BAYLIS | ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of the trial [doc. 56]. Counsel for the defendant states that the government recently revealed certain discovery items that require that a suppression motion be filed and a hearing be held on the motion. In fact, a motion for leave to file a suppression motion out of time has been referred to the magistrate judge and granted. Counsel states that additional time is needed to pursue the motion to suppress and to investigate new allegations against his client.

Thus, the court finds the defendant's motion well taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant the necessary time to challenge the

admissibility of certain evidence, and to investigate the new allegations and prepare his defense. 18 U.S.C. § 3161(h)(8)(B)(iv). The defendant's motion requires a delay in the proceedings; therefore, all the time from the filing of the defendant's motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

Therefore, it is hereby **ORDERED** that the defendant's motion is **GRANTED**, and this criminal case is **CONTINUED** to December 14, 2009, at 9:00 a.m.

ENTER:

　　　*s/ Leon Jordan*　　
United States District Judge

2

Case 3:08-cr-00147-RLJ-HBG   Document 60   Filed 11/02/09   Page 2 of 2   PageID #: 314