IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-147 |
| | ) | |
| ANTHONY CORNELIUS BAYLIS | ) | |

## AMENDED
## MEMORANDUM AND ORDER

For the reasons set forth in the court's previously entered Memorandum and Order, the trial in this criminal case was continued to a new date pursuant to the defendant's motion. However, the new trial date in the court's previous order needs to be changed to accommodate the trial schedules of the attorneys. Therefore, it is hereby **ORDERED** that the court's previously entered Memorandum and Order [doc. 60] is **AMENDED**, and the trial of this criminal case is set on **January 19, 2010, at 9:00 a.m.**

ENTER:

　　　　　*s/ Leon Jordan*　　　
United States District Judge